UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT
CENTRAL DIVISION
*Electronically Filed*

| | |
|---|---|
| ANTOINETTE C. TAYLOR )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>MICHAEL HUMFLEET, JOHN )<br>WILSON, ROBERT A. SCHUTTE, )<br>THOMAS L. HARDESTY, CITY OF )<br>SHELBYVILLE )<br>)<br>DEFENDANTS | CIVIL ACTION NO. 3:09-03-DCR |

## AGREED ORDER DISMISSING SETTLED

The Plaintiff, Antoinette Taylor, having entered into a Release and Settlement with the City of Shelbyville of all disputed claims in the above-styled case, and having agreed to voluntarily dismiss all claims against the Defendants in their individual capacities, with prejudice; and having agreed that this settlement not constitute or be construed as an admission of liability on the part of the City of Shelbyville, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff, Antoinette Taylor's Complaint against all Defendants be, and hereby is, DISMISSED, with prejudice, the parties to bear their own costs and fees.

Agreed to by:

| | |
|---|---|
| s/ Antoinette C. Taylor (Pro Se) (with permission) | s/ Carla Foreman Dallas |
| 101 Gray Hawk Drive | Carla Foreman Dallas |
| Shelbyville, KY 40065 | Attorney for Defendants |
| Phone: 502-633-4493 | TURNER, KEAL & DALLAS PLLC |
| | 10624 Meeting St. #101 |
| | Prospect, KY  40059 |
| | Phone:  (502) 426-5110 |
| | Fax:  (502) 426-5119 |
| | E-mail:  cdallas@tkdfirm.com |